## WILLIAMSON v. STATE.
### No. 20925.

Court of Criminal Appeals of Texas.
March 13, 1940.

Shead & Smith, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the District Court of Gregg County for the offense of burglary, and his punishment was assessed at confinement in the penitentiary for six years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception. No error having been presented, the judgment of the trial court is affirmed.